LARRY E. KLAYMAN (D.C. BAR NO. 334581)
KLAYMAN LAW GROUP, PA
2020 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006
Telephone: 561.558.5536
Email: leklayman@gmail.com
*Pro Hac Vice*

MICHAEL D. KOLODZI (CAL. BAR NO. 255772)
THE KOLODZI LAW FIRM
433 North Camden Drive, Suite 600
Beverly Hills, California 90210
Telephone: 310.279.5212
Facsimile: 866.571.6094
Email: mdk@mdklawfirm.com

*Attorneys for Plaintiff*
KIARA ROBLES

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIARA ROBLES,<br><br>            Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, BERKELEY, et al.<br><br>            Defendants. | Case No.: 4:17-cv-03235<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Kiara Robles ("Plaintiff") hereby voluntarily dismisses the above-referenced matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), without prejudice, as to all parties involved in the matter.

DATED: July 25, 2017

                                        Respectfully submitted,
                                        Larry Klayman, Esq.
                                        Freedom Watch, Inc.
                                        2020 Pennsylvania Ave N.W. #345
                                        Washington, D.C. 20006
                                        Tel: (561) 558-5336
                                        Attorneys for Plaintiff
                                        KIARA ROBLES

*Pro Hac Vice*

Michael D. Kolodzi
THE KOLODZI LAW FIRM
433 North Camden Drive, Suite 600
Beverly Hills, California 90210
Telephone: 310.279.5212
Facsimile: 866.571.6094
Email: mdk@mdklawfirm.com

*/s/ Larry Klayman*
LARRY KLAYMAN, ESQ.
Attorneys for Plaintiff
KIARA ROBLES